UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-8225-BER

**UNITED STATES OF AMERICA**

v.

LEONEL BARRIOS-MENDEZ,

              **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ___ Yes ___ No

                          Respectfully submitted,

                          MARKENZY LAPOINTE
                          UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*
      Rinku Tribuiani
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No.      0150990
      500 South Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel:     (561) 820-8711
      Fax:    (561) 820-8777
      Email:  Rinku.Tribuiani@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LEONEL BARRIOS-MENDEZ,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  23-8225-BER<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 19, 2023  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) & (b)(1) | Illegal re-entry into the United States after deportation or removal |

FILED BY ___TM___ D.C.

Apr 27, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date:  4/27/23

_____
*Judge's signature*

City and state:   West Palm Beach, FL     Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Leonel BARRIOS-MENDEZ committed the offense of illegal re-entry after deportation or removal, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. On or about April 19, 2023, Leonel BARRIOS-MENDEZ was arrested in Palm Beach County, Florida on an outstanding warrant for violation of probation on a prior conviction for driving under the influence (enhanced). He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Leonel BARRIOS-MENDEZ is a native and citizen of Guatemala. Records further show that on or about March 1, 2005, Leonel BARRIOS-MENDEZ was granted voluntary departure until May 2, 2005, with an alternate order of removal. Leonel BARRIOS-MENDEZ failed to depart

as ordered and the order of removal became effective on May 3, 2005. The Order of Removal was executed on or about April 11, 2011, whereby Leonel BARRIOS-MENDEZ was removed from the United States and returned to Guatemala.

5. Thereafter, Leonel BARRIOS-MENDEZ re-entered the United States illegally, his prior order of removal was reinstated and on or about April 30, 2019, he was removed for the second time and returned to Guatemala.

6. Records further show that on or about April 18, 2019, in the United States District Court, Southern District of Florida, Leonel BARRIOS-MENDEZ was convicted of the felony offense of illegal reentry after deportation or removal, case number 19-80039-CR-MIDDLEBROOKS.

7. Leonel BARRIOS-MENDEZ's fingerprints taken in connection with his April 19, 2023, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, Leonel BARRIOS-MENDEZ.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Leonel BARRIOS-MENDEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Leonel BARRIOS-MENDEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about April 19, 2023, Leonel BARRIOS-MENDEZ, an alien who was previously

2

deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

                                                Andy Korzen
                                                Task Force Officer
                                                Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __27__ day of April 2023.

                                                BRUCE E. REINHART
                                                UNITED STATES MAGISTRATE JUDGE